**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JAMES L. EWING,**

        **Petitioner,**

   v.

**UNITED STATES OF AMERICA,**

        **Respondent.**

**CASE NO. 2:16-CV-287**
**CRIM. NO. 2:93-CR-00101**
**JUDGE GEORGE C. SMITH**
**MAGISTRATE JUDGE DEAVERS**

**OPINION AND ORDER**

On April 4, 2016, the Magistrate Judge issued a *Report and Recommendation* recommending that Petitioner's 28 U.S.C. § 2255, *Motion to Vacate* (ECF No. 88) be transferred to the United States Court of Appeals for the Sixth Circuit as a successive petition, and that Petitioner's *Motion Pursuant to Fed. R. Crim. P. 60(b)(1) and (6)* (ECF No. 89), be denied. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 90) is **ADOPTED** and **AFFIRMED**. Petitioner's 28 U.S.C. § 2255, *Motion to Vacate* (ECF No. 88) is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit as a successive petition, and Petitioner's *Motion Pursuant to Fed. R. Crim. P. 60(b)(1) and (6)* (ECF No. 89), is **DENIED.**

    **IT IS SO ORDERED.**

              *s/ George C. Smith*
              **GEORGE C. SMITH, JUDGE**
              **UNITED STATES DISTRICT COURT**